1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DARRELL EUGENE JOHNSON,              No.  1:25-cv-00921 GSA (PC)

12            Plaintiff,                  ORDER DENYING MOTION FOR THE
                                          APPOINTMENT OF COUNSEL AS
13       v.                               PREMATURELY FILED

14   CALIF. CORRECTIONAL HEALTH           (ECF No. 3)
     CARE SERVICES, et al. ,
15
             Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

19   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

20   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        Plaintiff has requested that he be appointed counsel in this case.  See ECF No. 3.

     However, given the fact that it has yet to be determined whether Plaintiff will be obligated to pay
22
     the filing fee in full consistent with 28 U.S.C. § 1915(g), or instead, be granted in forma pauperis
23
     status, it is unclear at this time that this matter will proceed on its merits.  For this reason,
24
     Plaintiff's request for the appointment of counsel will be denied as having been prematurely filed
25
          Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of
26
     counsel (ECF No. 3) is DENIED without prejudice as having been PREMATURELY FILED.
27

28
                                          1

1

2    IT IS SO ORDERED.

3        Dated:    **July 28, 2025**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28