# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIF. CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>Defendants. | Case No. 1:25-cv-0921 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2, 14) |

Darrell Eugene Johnson is a state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. He seeks to proceed in forma pauperis according to 28 U.S.C. § 1915.

The assigned magistrate judge issued findings and recommendations that Plaintiff's motion to proceed IFP be denied because court have dismissed at least three cases that qualify as striked under Ninth Circuit caselaw before filing this lawsuit and Plaintiff's complaint does not satisfy the "imminent danger of serious physical harm" exception to Section 1915(g). (*Id.* at 7.) Plaintiff filed objections on October 22, 2025. (Doc. 16.)

According to 28 U.S.C. § 636(b)(1)(C), the Court conducted a *de novo* review of this case. Having carefully reviewed the matter, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 29, 2025 (Doc. 14) are **ADOPTED** in full.
2. Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED**.
3. Within 30 days from the date of service of this order, Plaintiff **SHALL** pay in full the $405.00 filing fee if he wishes to proceed with his action.
4. <u>Plaintiff is advised that failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice</u>.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

2